# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowler, Marianne B. | U.S. District Court, MA | 02/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
One Courthouse Way, Suite 8420
Boston, MA 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | South Cove Manor (Nonprofit nursing home serving Boston's Asian community) |
| 2. | Honorary Trustee (non voting) | New England Baptist Hospital, Boston, MA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowler, Marianne B. | 02/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Advance Health Media (Novo Nordisk) - Consultant |
| 2. 2017 | DalCor Pharma UK - Consultant |
| 3. 2017 | Duke University (RENAL-AF DSMB) - Consultant |
| 4. 2017 | Cleveland Clinic or C5 Research (for STRENGTH DSMB) - Consultant |
| 5. 2017 | GlaxoSmithKline - Consultant |
| 6. 2017 | King & Spaulding LLP - Consultant |
| 7. 2017 | Master of Medical Sciences in Clinical Investigation Program (Harvard Medical School) - Honorarium (Date: 9/11/2017; Amount: $500.00) |
| 8. 2017 | MedEd Consulting (Long Island Heart Conference) - Honorarium (Date: 5/19 - 20/2017; Amount: $2,000.00) |
| 9. 2017 | MedImmune (Astra Zeneca) - Consultant |
| 10. 2017 | Medscape (for WebMD) - Honorarium (Date: 2017; Amount: $8,000.00) |
| 11. 2017 | MetroWest Medical Center (Department of Medicine), Natick, MA - Honorarium (Date: 6/14/2017; Amount: $250.00) |
| 12. 2017 | MSR (formerly World Wide Meetings) (Novartis) - Consultant |
| 13. 2017 | Oregon Health and Science University (Knight Cardiovascular Institute) - Honorarium (Date: 3/7/2017; Amount: $1,500.00) |
| 14. 2017 | pmiCME - Honorarium (Dates: 9/13/2017 and 9/15/2017; Amount: $8,000.00) |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowler, Marianne B. | 02/01/2019 |

| | |
|---|---|
| 15. 2017 | Relypsa - Consultant |
| 16. 2017 | Up To Date (Wolters Kluwer Health) - Honorarium (Date: 2017; Amount: $800.00) |
| 17. 2017 | Vanderbilt University (School of Medicine) - Honorarium (Date: 1/5/2017; Amount: $2,000.00) |
| 18. 2017 | Washington University (School of Medicine) - Honorarium (Date: 5/3/2017; Amount: $1,000.00) |
| 19. | |
| 20. | |
| 21. | |
| 22. | |
| 23. | |
| 24. | |
| 25. | |
| 26. | |
| 27. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Maritime Law Association of the United States | 5/5/2017 - 5/6/2017 | New York, NY | annual meeting | transportation ($401.00) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowler, Marianne B. | 02/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hanscom Federal Credit Union | Mastercard (bank changed from Visa to Mastercard) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowler, Marianne B. | 02/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Tel & Tel - Common | D | Dividend | L | T | | | | | |
| 2. American Tel & Tel - Deben. | A | Interest | J | T | | | | | |
| 3. Ameritech - Common | C | Dividend | K | T | | | | | |
| 4. SBC - Common | C | Dividend | K | T | | | | | |
| 5. Bell South - Common | C | Dividend | K | T | | | | | |
| 6. Verizon Common | C | Dividend | K | T | | | | | |
| 7. S.W. Bell - Common | A | Dividend | J | T | | | | | |
| 8. Eversource - Common (previously No. East Utility) | A | Dividend | J | T | | | | | |
| 9. IRA - Deutsche Bank Alex, Brown & Sons* | A | Interest | J | T | | | | | |
| 10. Frontier Communication (X) | A | Dividend | J | T | | | | | |
| 11. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 12. Bank of America Checking Acct. (x)** | A | Interest | K | T | | | | | |
| 13. Bank of America Savings (x) | A | Interest | M | T | | | | | |
| 14. TIAA CREF Retirement Account (x) | G | Interest | P1 | T | | | | | |
| 15. Fidelity Short Interest Mediate Municipal Income (x) | E | Dividend | M | T | | | | | |
| 16. Fidelity Mass. Mun. Money Market (x) | B | Dividend | M | T | | | | | |
| 17. Fidelity Keogh | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowler, Marianne B. | 02/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ING Savings | A | Interest | J | T | | | | | |
| 19.   Air Touch | A | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowler, Marianne B. | 02/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bowler, Marianne B. | 02/01/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marianne B. Bowler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544